PROB 12
(Rev. 12/13)

# United States District Court
## for the
## DISTRICT OF MARYLAND

U.S.A. vs. Jonathan Pierre Ray             Docket No.: 0416 8:13CR00004-001

### SEALED
### Petition on Supervised Release
### Petition #1

COMES NOW Quentin Lowe PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Jonathan Pierre Ray who was placed on supervision for Two Counts of Distribution of 100 Grams or More of Phencyclidine, in violation of Title 21, U.S.C., Section 841(a)(1), a Class B Felony*, by the Honorable Alexander Williams, Jr., U.S. District Judge, sitting in the court at Greenbelt, Maryland, on the 8th day of August, 2013, who sentenced the defendant to 80 Months Bureau of Prisons; 48 Months Supervised Release, and imposed the general terms and conditions theretofore adopted by the court and also imposed additional conditions and terms as follows:

*Pursuant to 18 U.S.C. § 3583(e)(3), the maximum penalty upon revocation is at least months.*
*\*\* On October 22, 2015, the case was reassigned to U.S. District Judge Theodore Chuang.*

1. The defendant shall provide the probation officer with access to any requested financial information.
2. The defendant shall satisfactorily participate in a vocational or educational program as directed by the probation officer.
3. The defendant shall satisfactorily participate in a treatment program approved by the probation officer relating to substance and/or alcohol abuse, which may include evaluation, counseling, and testing as deemed necessary by the probation officer.
4. Special Assessment Fee: $200.00 ($100.00 per count of conviction)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

### Violation Number 1
The defendant is in violation of Standard Condition #2 which states: The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.

Mr. Ray failed to report within 72 hours of his release from custody.

Re: Ray, Jonathan
Dkt. #: 0416 8:13CR00004-001
Petition #: 1
Page: 2

PRAYING THAT THE COURT WILL ORDER a Warrant be issued for the arrest of Jonathan Pierre Ray for alleged violation(s) of Supervised Release. This document shall be sealed until the defendant's initial court appearance.

ORDER OF COURT
Considered and ordered as prayed this **15th** day of **June**, 20**18** and ordered filed and made a part of the records in the above case.

_____
Theodore Chuang
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct,

_____
Quentin Lowe, U.S. Probation Officer

Date: June 8, 2018

Reviewed and Approved By:

_Marius Davis_ FOR
_____
Laura L. Reber, Supervisory U.S. Probation Officer

Date: June 8, 2018

Place: Greenbelt, Maryland